E-FILED
Wednesday, 03 December, 2014 08:44:48 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DI STRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SHANNON LEE and CONNIE ROBINSON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | NO. 12-3078 |
| v. | ) ) | |
| JEFFREY A. PARSONS, | ) ) | |
| Defendant. | ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

This matter is before the Court on the Report and Recommendation [Doc. No. 124] entered by United States Magistrate Judge Tom Schanzle-Haskins on October 10, 2014. The Report and Recommendation concerns the Citation to Discover Assets [Doc. No. 104] served on Judgment Debtor and Defendant Jeffrey A. Parsons.

On April 8, 2014, a default judgment was entered against Parsons for unpaid overtime wages and reasonable attorney's fees and costs. The total amount of the Judgment [Doc. No. 103] is $12,328,811.36.

Upon considering the individual circumstances of Parsons, Judge Schanzle-Haskins recommended that he be ordered to pay $5,155.00 per month or 50% of Parsons's actual monthly income, whichever is greater.

No party has objected to Judge Schanzle-Haskins's Report and Recommendation. After carefully considering the record in this case, the Court will adopt the Report and Recommendation.

Ergo, the Court hereby ADOPTS the Report and Recommendation [d/e 124] entered by United States Magistrate Judge Tom Schanzle-Haskins.

Defendant Jeffrey A. Parsons is hereby ORDERED to pay the Plaintiffs installment payments of $5,155.00 per month (50% of the projected annual draw based upon the documents provided by Parsons), or 50% of Parsons's actual monthly income, whichever is greater, with the first payment due on December 31, 2014, and each subsequent payment due on the last calendar day of each succeeding month; provided however, that if the last calendar day of each succeeding month is a Saturday, Sunday or federal holiday, the due date for that month shall be the last calendar day

of that month that is not a Saturday, Sunday or federal holiday.

Upon considering the Defendant's individual circumstances, the Court concludes that Parsons can reasonably pay the amount ordered. If circumstances change, either party may seek to modify the installment payments pursuant to 735 ILCS 5/2-1402(c)(2).

All payments shall be made payable to the named Plaintiffs Shannon Lee and Connie Robinson, and Stephan Zouras LLP, as attorneys for the Plaintiffs, and all payments are to be delivered to the law offices of Stephan Zouras LLP, c/o James B. Zouras, 205 North Michigan Ave., Suite 2560, Chicago, IL 60601. All payments shall be made by certified check and mailed by 5:00 p.m. local time on the due date.

ENTER: December 3, 2014

FOR THE COURT:

s/Richard Mills
Richard Mills
United States District Judge